**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| **CAROLYN BERRY,** | |
|     **Plaintiff,** | |
| **v.** | |
| **KV PHARMACEUTICAL COMPANY and ETHEX CORPORATION, A SUBDIVISION OF KV PHARMACEUTICAL COMPANY** | **Cause No. 1-09-cv-01060-JDB-egb** |
|     **Defendants.** | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The parties hereto, through their respective counsel, hereby stipulate and agree that the following entry may be made with respect to all claims: DISMISSED WITH PREJUDICE.

Respectfully submitted, this the 1st day December, 2009.

/s/ *C. Dwight Hawks.*_____
C. Dwight Hawks
LAW OFFICE OF C. DWIGHT HAWKS
P.O. Box 630
Humboldt, Tennessee 38343
Telephone: (731) 784-4781
Email: hawkslaw@click1.net

*Attorneys for Plaintiff,*
*Carolyn Berry*

/s/ *Clarence A. Wilbon*_____
Clarence A. Wilbon (# 023378)
Nolan M. Johnson (#026399)
BASS BERRY & SIMS PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103-3672
Telephone: (901) 543-5900
Facsimile: (901) 543-5999
Email: cwilbon@bassberry.com
Email: njohnson@bassberry.com

*Attorneys for Defendants,*
*KV Pharmaceutical Company and*

8279333.1

*ETHEX Corporation*